# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| MY11 | E 2136944 | Herman | 322 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☒ State Code | |
|---|---|---|
| 1909 07/28/25 | MTA 22-401(a) | |

**Place of Offense:** Old Farm Gate

**Offense Description: Factual Basis for Charge** — HAZMAT ☐

Driver use of motor vehicle horn on Hwy, when not reasonably necessary for safety

### DEFENDANT INFORMATION

| Last Name | First Name |
|---|---|
| Malik | Anuj Kumar Singh |

Street Address: [REDACTED]

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| 2GM3186 | MD | 25 | Toy/Cam | | Blk |

**APPEARANCE IS REQUIRED**
A ☐ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 60 Forfeiture Amount
+ $30 Processing Fee
$ 90 Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
| 1520 Freedman Dr | TBD |
| | Time: TBD |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: [signature]

Original - CVB Copy

*E2136944*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on July 28, 2025 while exercising my duties as a law enforcement officer in the Fort Detrick District of Maryland

I was sitting on Doughten Drive outside building 1054. At 1800 I saw a black sedan turn toward Old Farm Gate. I stayed where I was and started hearing a horn being honked repeatedly. I drive to the gate where I see a black sedan sitting at the barriers blocking the gate honking. I activated my emergency lights and conducted a traffic stop. The vehicle being driven by Mr. Malik identified by his MD DL stated he was upset the gate was closed before he got there.

The foregoing statement is based upon:
☒ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 07/28/2025  [signature] PRK
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident, PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;   CMV = Commercial vehicle involved in incident